Submitted December 15, 1975. *William W. Stainton,* and *Arnold, Bricker, Beyer & Barnes,* for appellant; *Louise G. Herr,* Assistant District Attorney, and *D. Richard Eckman,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM : Judgment of sentence affirmed.

SPAETH, J., concurs in the result. *Commonwealth v. Mitchell,* —— Pa. ——, 346 A.2d 48, 50-53 (1975) ; but see *Commonwealth v. Quarles,* 229 Pa. Superior Ct. 363, 324 A.2d 452, 464-465, 466-467 (1974).

## Commonwealth *v.* Williams, Appellant.

Before MEADE, J.

Submitted September 8, 1975. *Robert J. Glickman,* for appellant; *Stephen Levin, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM : Judgment of sentence affirmed.

HOFFMAN, J., dissents for reasons stated in his dissenting opinion in *Commonwealth v. Williams,* 230 Pa. Superior Ct. 72, 86, 327 A.2d 367 (1974).

## Commonwealth *v.* Williams, Appellant.

Before ROWLEY, J.

 Submitted November 17, 1975. *John P. Dohanich,* Assistant Public Defender, for appellant; *Joseph M. Stanichak,* Assistant District Attorney, and *Joseph S. Walko,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Williams, Appellant.

 Before DEFURIA, J. Submitted June 9, 1975. *R. Barclay Surrick* and *Ernest Kardas,* Assistant Public Defenders, and *Kenneth P. Barrow,* Public Defender, for appellant; *Ralph B. D'Iorio* and *John G. Siegle,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Wilson, Appellant.

 Before CANUSO, J. Argued December 10, 1975. *Louis Sherman,* for appellant; *Mark Sendrow,* Assistant District Attorney, with him *Stephen Levin* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.